# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ELDER LABRANCHE, GUERLYNE LABRANCHE** and
**DOONDY LABRANCHE,**
Appellants,

v.

**CARRINGTON MORTGAGE SERVICES, LLC**
Appellee.

No. 4D19-223

[December 5, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Senior Judge; L.T. Case No. CACE14-001071(11).

Mark H. Klein of MHK Legal PLLC, Coral Springs, for appellants.

Nancy M. Wallace of Akerman LLP, Tallahassee; William P. Heller of Akerman LLP, Fort Lauderdale; and Eric M. Levine of Akerman LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and CONNER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***